**THE HONORABLE MARY JO HESTON**
                **CHAPTER 13**
                **HEARING DATE: March 24, 2020**
                **HEARING TIME: 1:00 P.M.**
                **LOCATION: Tacoma, Washington**
                **RESPONSE DATE: March 17, 2020**

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re:<br><br>BENJAMIN HARLAN HELM,<br><br>                          Debtor. | Case No.: 20-40228-MJH<br><br>TRUSTEE'S OBJECTION TO CONFIRMATION WITH STRICT COMPLIANCE |

**COMES NOW**, Michael G. Malaier, Chapter 13 Standing Trustee, and objects to confirmation as follows:

### **BACKGROUND**

Debtor filed this Chapter 13 case on January 27, 2020. The applicable commitment period is sixty months. The case is currently in the second month and the Meeting of Creditors has been completed. The bar date for filing non-governmental claims is April 6, 2020. Scheduled unsecured claims total $67,149.00. The Trustee estimates that under the proposed plan general unsecured creditors will receive approximately $0.00.

TRUSTEE'S OBJECTION TO CONFIRMATION
WITH STRICT COMPLIANCE - 1

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

Case 20-40228-MJH    Doc 11    Filed 03/06/20    Ent. 03/06/20 11:43:25    Pg. 1 of 3

# OBJECTION

☒ Schedules or other documentation insufficient:

Debtor's budget indicates that he both pays domestic support obligations and receives domestic support. There is also a note on Schedule J regarding restitution payments. Counsel indicated at the section 341 meeting that these entries were inadvertently left in Debtor's schedules from a prior case. Trustee has requested, but not yet received, an amended budget clarify and/or removing those entries.

**WHEREFORE**, Trustee requests that the objection to confirmation be sustained and Debtor be ordered to file a motion to confirm a plan resolving the issues raised herein within 14 days of entry of the Order Sustaining Trustee's Objection to Confirmation; and to set the hearing on the next available motion calendar after the 14 days expires. If the Motion to Confirm resolving the Trustee's issues is not filed and set for hearing as outlined above, the Trustee requests he be allowed to enter an order dismissing the case, *ex parte*, without notice.

**DATED** this 7th day of March, 2020.

/s/ Mathew S. LaCroix
Mathew S. LaCroix, WSBA# 41847 for
Michael G. Malaier, Chapter 13 Trustee

TRUSTEE'S OBJECTION TO CONFIRMATION
WITH STRICT COMPLIANCE - 2

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

Case 20-40228-MJH    Doc 11    Filed 03/06/20    Ent. 03/06/20 11:43:25    Pg. 2 of 3

# CERTIFICATE OF MAILING

I declare under penalty of perjury under the Laws of the United States as follows: I mailed via regular mail a true and correct copy of the Trustee's Objection to Confirmation to the following:

Benjamin Harlan Helm
6725 – 176th St. Ct. E.
Puyallup, WA 98375

The following parties received notice via ECF:

Ellen Ann Brown
US Trustee

Executed at Tacoma, Washington on the 7th day of March, 2020.

/s/Tracy Maher
Tracy Maher
Office Manager
Michael G. Malaier
Chapter 13 Trustee

TRUSTEE'S OBJECTION TO CONFIRMATION
WITH STRICT COMPLIANCE - 3

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

Case 20-40228-MJH    Doc 11    Filed 03/06/20    Ent. 03/06/20 11:43:25    Pg. 3 of 3